Michael J. McCue, Bar No. 296425
Meng Zhong, Bar No. 344124
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Tel.: 702-949-8200
E-mail: Michael.McCue@wbd-us.com
E-mail: Meng.Zhong@wbd-us.com

*Attorneys for Defendants*
*Shenzhen Cudy Technology Co., Ltd.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TP-LINK SYSTEMS INC.,<br><br>   Plaintiff,<br><br>v.<br><br>SHENZHEN CUDY TECHNOLOGY CO., LTD.,<br><br>   Defendants. | Case No. 2:25-cv-00057-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSES TO MOTIONS FOR PRELIMINARY INJUNCTION AND ALTERNATIVE SERVICE (ECF NOS. 6, 13)**<br><br>**(First Request)** |

DEFENDANT SHENZHEN CUDY TECHNOLOGY CO., LTD. ("Defendants"), by and through their attorneys, the law firm WOMBLE BOND DICKINSON (US) LLP, and PLAINTIFF TP-LINK SYSTEMS INC., by and through its attorneys, the law firm SNELL & WILMER LLP, hereby stipulate and agree to extend the date for Defendant's Response to Plaintiff's Motion for Preliminary Injunction and Motion for Alternative Service of Summons and Complaint for two weeks (14) days, to **March 7, 2025**.

This Stipulation is made for good cause and not for purposes of delay. The undersigned counsel was just contacted and retained, and upon review of the docket, noticed the docket identified deadlines for responses for the Motion for Preliminary Injunction (ECF No. 6) and Plaintiff's Motion for Alternative Service of Summons and Complaint (ECF No. 13). Counsel needs additional time to review the filed documents and prepare a proper response, and thus, asked for a courtesy extension of two weeks, which Plaintiff granted. This stipulation is not intended to be a waiver of any defenses for Defendant in connection with the motions.

This is the first request for an extension of time.

127561925.1

1  For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline
2  for Defendant to respond to the Motion for Preliminary Injunction (ECF No. 6) and Plaintiff's
3  Motion for Alternative Service of Summons and Complaint (ECF No. 13) from February 21,
4  2025 to **March 7, 2025**.

5  **IT IS SO AGREED AND STIPULATED:**

6  DATED this 21st day of February, 2025.   DATED this 21st day of February, 2025.

7  SNELL & WILMER LLP   WOMBLE BOND DICKINSON (US) LLP

9  By: /s/ Paul Swenson Prior   By: */s/ Meng Zhong*
   Aleem Dhalla   Michael J. McCue, Bar No. 296425
   Paul Swenson Prior   Meng Zhong, Bar No. 344124
10 1700 South Pavilion Center Dr., #700   50 California Street, Suite 2750
   Las Vegas, NV 89135   San Francisco, California 94111-4616
11 E-mail: adhalla@swlaw.com   Tel.: 702-949-8200
   E-mail: sprior@swlaw.com   E-mail: Michael.McCue@wbd-us.com
12                                          E-mail: Meng.Zhong@wbd-us.com

13 *Attorneys for Plaintiff*
   *TP-Link Systems Inc.*   *Attorneys for Defendant Shenzhen Cudy*
                            *Technology Co., Ltd.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/26/2025

- 2 -

127561925.1