```
 1  KAEMPFER CROWELL
    Robert McCoy, No. 9121
 2  1980 Festival Plaza Drive, Suite 650
    Las Vegas, Nevada 89135
 3  Telephone: (702) 792-7000
    Facsimile: (702) 796-7181
 4  Email: rmccoy@kcnvlaw.com

 5  STEPTOE LLP
    Michael J. Allan (pro hac vice)
 6  1330 Connecticut Avenue NW
    Washington, DC 20036
 7  Telephone: (202) 429-3000
    Email: mallan@steptoe.com
 8
    Attorneys for Defendant Shenzhen Cudy
 9  Technology Co., Ltd.
```

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

| | |
|---|---|
| TP-LINK SYSTEMS INC., | Case No. 2:25-cv-00057-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| SHENZHEN CUDY TECHNOLOGY CO., LTD., | **(SECOND REQUEST)** |
| Defendant. | |

Plaintiff TP-Link Systems Inc. ("TP-Link") and defendant Shenzhen Cudy Technology Co., Ltd. ("Shenzhen Cudy Technology") (collectively the "parties") stipulate that the deadline for Shenzhen Cudy Technology to respond to TP-Link's Motion for Preliminary Injunction (ECF No. 6) be extended an additional 14 days until March 21, 2025 from the currently ordered deadline of March 7, 2025.

This is the second extension sought in connection with this deadline. On Friday, February 28, new lead and local counsel for Shenzhen Cudy Technology,

1  Steptoe LLP and Kaempfer Crowell, entered appearances in this case (ECF No. 18).
2  The first such extension (ECF Nos. 15, 16) was sought by prior counsel for Shenzhen
3  Cudy Technology (ECF No. 14), who is expected to withdraw shortly.
4        Since being engaged, Shenzhen Cudy Technology's new counsel,
5  Steptoe LLP and Kaempfer Crowell, have reached an agreement with TP-Link to
6  streamline service of process and obviate the need for TP-Link's motion for
7  alternative service of summons and complaint (ECF No. 13).  In exchange, TP-Link
8  has agreed to modify this opposition deadline to allow new counsel for Shenzhen
9  Cudy Technology sufficient time to respond to the preliminary injunction motion
10  (ECF No. 6) and develop a more fulsome preliminary injunction record.  The parties
11  believe this compromise will save party and judicial resources.

| SNELL & WILMER | KAEMPFER CROWELL |
|---|---|
| /s/ Swen Prior | *(signature)* |
| Swen Prior, No. 9324 | Robert McCoy, No. 9121 |
| Aleem A. Dhalla, No. 14188 | 1980 Festival Plaza Drive, Suite 650 |
| 1700 S. Pavilion Center Dr., Ste. 210 | Las Vegas, Nevada 89135 |
| Las Vegas, Nevada 89135 | |
| | STEPTOE LLP |
| HOLLAND & KNIGHT LLP | Michael J. Allan *(pro hac vice)* |
| Kristopher L. Reed *(pro hac vice)* | 1330 Connecticut Avenue NW |
| 1722 Routh Street, Suite 1500 | Washington, DC 20036 |
| Dallas, Texas 75201 | |
| | Attorneys for Defendant Shenzhen Cudy |
| Attorneys for Plaintiff TP-Link Systems Inc. | Technology Co., Ltd. |

**ORDER**

IT IS SO ORDERED.

*(signature)*
UNITED STATES DISTRICT JUDGE

DATED: March 5, 2025