Swen Prior, Esq.
Nevada Bar No. 9324
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
        adhalla@swlaw.com

Kristopher L. Reed (*pro hac vice*)
Adrienne E. Dominguez (*pro hac vice*)
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 964-9500
Fax: (214) 964-9501
kris.reed@hklaw.com

*Attorneys for Plaintiff TP-Link Systems Inc.*

Edward J. Mayle (*pro hac vice*)
Edward J. Mayle (*pro hac vice*)
Kenneth S. Chang (*pro hac vice*)
HOLLAND & KNIGHT LLP
1801 California Street, Suite 5000
Denver, CO 80202
Tel: (303) 974-6653
Fax: (303) 974-6659
edward.mayle@hklaw.com
kenneth.chang@hklaw.com

Amir A. Shakoorian (*pro hac vice*)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel:  (213) 896-2578
amir.shakoorian@hklaw.com

Sadie Mlika (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 854-1497
sadie.mlika@hklaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TP-LINK SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN CUDY TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 2:25-cv-00057-JCM-BNW <br><br> **DECLARATION OF KRISTOPHER L. REED IN SUPPORT OF TP-LINK'S MOTION TO STAY ALL CASE DEADLINES PENDING RULING ON SANCTIONS MOTION** |

4929-7707-9943

I, Kristopher L. Reed, declare as follows:

1.     I am an attorney with the law firm of Holland & Knight LLP, and represent Plaintiff in the above-entitled action.

2.     I have personal knowledge of all matters stated herein and would competently be able to testify to them and make this declaration under the penalty of perjury.

3.     I make this declaration pursuant to LR 26-6 in support of Plaintiff's Motion to Stay All Case Deadlines Pending Ruling on Sanctions Motion.

4.     Attached as **Exhibit 1** is a true and correct copy of TP-Link's request for production number 10.

5.     To date, Cudy has not produced any communications with the identified third-party designer, Mr. Jianzhong Yang, in response to TP-Link's requests for production.

6.     Counsel for the parties met and conferred regarding Cudy's failure to produce any written communications with this third-party designer, Mr. Yang. During these conferrals, Cudy's counsel repeatedly relayed its client's representation that Cudy had zero written communications with Mr. Yang during the design of the accused products.

7.     Attached as **Exhibit 2** is a true and correct copy of TP-Link's Second Set of Requests for Production of Documents to Cudy.

8.     Attached as **Exhibit 3** is a true and correct copy of TP-Link's First Set of Requests for Admission to Cudy.

9.     Attached as **Exhibit 4** is a true and correct copy of TP-Link's Second Set of Interrogatories to Cudy.

10.     Attached as **Exhibit 5** is a true and correct copy of the transcript for the November 14, 2025 hearing on TP-Link's motion to compel.

11.     Following the Court's order granting TP-Link's motion to compel, TP-Link engaged a Chinese law firm to investigate the named third-party designer, Mr. Jianzhong Yang.

12.     Attached as **Exhibit 6** is a true and correct copy of TP-Link's counsel's November 21, 2025 email to Cudy's counsel providing the investigation material on Mr. Jianzhong Yang.

- 2 -

4929-7707-9943

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

13.     Attached as **Exhibit 7** is a true and correct copy of TP-Link's counsel's November 24, 2025 email proposing search terms to Cudy's counsel in advance of the Court-ordered November 30, 2025 deadline for the device search.

14.     On November 26, 2025, Cudy's counsel informed TP-Link's counsel by telephone that all attorneys of record for Cudy—both lead and local counsel—would be withdrawing from the litigation.

15.     Attached as **Exhibit 8** is a true and correct copy of Cudy's "corrected" answer to Interrogatory No. 2.

16.     To date, Cudy has not produced any of the alleged "contracts" or communications referenced in its "corrected" response to Interrogatory No. 2.

17.     Attached as **Exhibit 9** is a true and correct copy of Cudy's Supplemental Initial Disclosures.

18.     Attached as **Exhibit 10** is a true and correct copy of Cudy's Second Supplemental Initial Disclosures.

EXECUTED this 9th day of January, 2026, in Dallas, Texas.

/s/ Kristopher L. Reed
Kristopher L. Reed

- 3 -

4929-7707-9943